CHARLES E. HAWKINS, as Administrator of the Estate of DONALD HAWKINS, Deceased, Respondent, *v.* COUNTY OF ONEIDA, Appellant.

Submitted March 1, 1948; decided March 2, 1948.

*Francis J. Alder* for motion.
*Pirnie Pritchard* opposed.

Motion denied, without costs.